UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GERRY DEAN MILLER                                                                              PLAINTIFF

v.                                            No. 6:15-CV-06119

SHERIFF J. WATSON, et al.                                                                   DEFENDANTS

## ORDER

Before the Court is a joint motion to dismiss this case with prejudice. (Doc. 41). The motion represents that the matter has settled, and that one of the terms of the settlement agreement requires dismissal with prejudice of Plaintiff's complaint.

IT IS THEREFORE ORDERED that the motion (Doc. 41) is GRANTED and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 17th day of April, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE